UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

EL DIVINE STARKIM ALLAH-EL,

        Plaintiff,

  - against -

LONG ISLAND COLLEGE HOSPITAL,

        Defendant.

------------------------------------X

07 Civ. 9474 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Sweet, D.J.,

      Defendant's motion to dismiss will be heard at noon on Wednesday, April 9, 2008, in courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
March 18, 2008

                              ROBERT W. SWEET
                                 U.S.D.J.