3/27/08



AllaH-El v. long Island college hospital
07 cv 09474 rws

Dear: Judge Sweets

I El'Divine: Starkim AllaH-El (The Plaintiff) request an extension of time to respond to defendant motion to dismiss. Thank you

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

The plaintiff's time to respond is extended to April 25, 2008, motion to be heard April 30, 2008.

Yours Truly,

[signature] HCCT-307
without Prejudice

Sincerely,
[signature] Sweet
USDJ
3.28.08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

El'Divine starkim Allah-El
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 9474 (TWS $)

- against -

long Island college hospital
_____

**AFFIRMATION OF SERVICE**

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, El'Divine:Starkim Allah-El, declare under penalty of perjury that I have
   *(name)*
served a copy of the attached request for extension of time
                                 *(document you are serving)*
upon Rory McEvoy           whose address is 750 Lexington Ave
    *(name of person served)*
N.Y. N.Y. 10022
                *(where you served document)*
by mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  N.Y.      , N.Y.
       *(town/city)*  *(state)*

       March    27, 2008
       *(month)*  *(day) (year)*

Signature: [signed] UCC1-207 without prejudice

Address: 1571 undercliff Ave #2D0

City, State: Bronx, New York

Zip Code: 10452

Telephone Number: (347)231-4050

Rev 05/2007