# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EL DIVINE STARKIM ALLAH-EL,

               Plaintiff,

-against-

LONG ISLAND COLLEGE HOSPITAL,

               Defendant.

-----------------------------------------------------------X

07 CIVIL 9474 (RWS)

**JUDGMENT**

**SCANNED**

Defendant having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on August 28, 2008, having rendered its Opinion granting the motion and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated August 28, 2008, the motion is granted and the complaint is dismissed.

**Dated:** New York, New York
September 9, 2008

               **J. MICHAEL McMAHON**

               Clerk of Court

BY:

               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____